IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ARLENE LEE

        **Plaintiff,**

v.

    Case No. 23-cv-02415-SPM

MARTIN O'MALLEY,
Commissioner of Social Security,

        **Defendant.**

## ORDER OF REMAND

### McGlynn, District Judge:

Before the Court is the parties' Agreed Motion to Remand to the Commissioner of Social Security under sentence four of 42 U.S.C. § 405(g). (Doc. 27). A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error, and is itself a final, appealable order. *See Perlman v. Swiss Bank Corporation Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999). Upon a sentence four remand, judgment should be entered in favor of plaintiff. *Shalala v. Schaefer*, 509 U.S. 292, 302-303 (1993).

The parties agree that, upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's (ALJ) decision and remand the matter to an ALJ. On remand, the ALJ should evaluate any medical opinions and the RFC findings; take any further action needed to complete the administrative record resolving the afore-mentioned issues; and issue a new decision.

Lee applied for Disability Insurance Benefits and Supplemental Security Income, and received an unfavorable decision on December 19, 2022. (Doc. 1). While recognizing that the agency has a full docket, the Court urges the Commissioner to expedite this case on remand.

For good cause shown, the parties' Agreed Motion to Remand (Doc. 27) is **GRANTED**. The final decision of the Commissioner of Social Security denying Plaintiff's application for social security disability benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

The Clerk of Court is directed to enter judgment in favor of Plaintiff.

**IT IS SO ORDERED.**

**DATED:  April 3, 2024**

<u>s/ Stephen P. McGlynn</u>
**STEPHEN P. MCGLYNN**
**United States District Judge**